# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Richard Banske | Case No: 17 C 5263 |
| v. | Judge: Harry D. Leinenweber |
| City of Calumet City et al | |

# **ORDER**

For the reasons stated in the attached memorandum opinion and order, defendants' 12(b)(6) motion to dismiss [11] is granted. Banske's complaint [1] is dismissed without prejudice. Enter Memorandum Opinion and Order. Civil case closed.

Date: 1/11/18 /s/ Judge Harry D. Leinenweber